BRONSON LAW OFFICES, P.C.                 **Hearing Date and Time**:
COUNSEL FOR THE DEBTOR                    **June 17, 2016 at 10:00 a.m.**
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530
H. Bruce Bronson, Esq.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                              Chapter 11

    KEITH GUERZON                               14-22171 (RDD)

             Debtor.

-------------------------------------------------------------x

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

**TO ALL HOLDERS OF CLAIMS AGAINST KEITH GUERZON**

    **PLEASE TAKE NOTICE** that, on June 17, 2016, at 10:00 a.m., a hearing will be held before the Honorable Judge Robert D. Drain at the United States Courthouse, 300 Quarropas Street, White Plains, NY in the Chapter 11 case of Keith Guerzon, the debtor and debtor-in-possession (the "Debtor") herein to consider entry of an order (a) finding that the Disclosure Statement dated May 16, 2016 (the "Disclosure Statement") (as may be amended and modified) filed by the Debtor pertaining to its Plan of Reorganization dated May 16, 2016, contains adequate information as that term is defined in section 1125(a) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), (b) approving the Disclosure Statement (in its present form or as it may be non-materially modified prior to the procedures for confirmation of the Plan).

THIS IS NOT A SOLICITATION OF VOTES ON THE PLAN. GENERALLY, VOTES MAY NOT BE SOLICITED UNTIL A DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE BANKRUPTCY COURT. THE DEBTOR HAS SUBMITTED THE DISCLOSURE STATEMENT TO THE COURT FOR APPROVAL BUT THE DISCLOSURE STATEMENT HAS NOT YET BEEN APPROVED.

    **PLEASE TAKE FURTHER NOTICE** that, copies of the Disclosure Statement and Plan are on file with the Bankruptcy Court and may be examined at the Bankruptcy Court, 300 Quarropas Street, White Plains, NY, Monday through Friday from 9:00 a.m. to 4:30 p.m. or may be viewed on the Bankruptcy Court's website www.nysb.uscourts.gov or may be obtained from the undersigned upon request either written, email or telephonically. Note that a PACER login is required to electronically view the referenced documents on the Bankruptcy Court's web site.

**PLEASE TAKE FURTHER NOTICE**, that objections , if any, to the Disclosure Statement or to any of the other relief outlined above must be in writing, conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Southern District of New York and state with particularity the basis for the objection, and be filed with the Bankruptcy Court in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system (with a hard copy delivered to the chambers of Judge Robert D. Drain) and by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) in accordance with customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable and shall be served upon (a) Bronson Law Offices, P.C., 480 Mamaroneck Avenue, Harrison, NY 10528, attorneys for the Debtor and (b) the Office of the United States Trustee, 201 Varrick Street, Room 1006, New York, NY 10004, so as to be received no later than 5:00 p.m. on June 10, 2016.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing to consider the Disclosure Statement may be adjourned from time to time without further notice to creditors or other parties in interest other than by an announcement of such adjournment on the date scheduled for the Hearing.

Dated: Harrison, NY
May 17, 2016

BRONSON LAW OFFICES, P.C.

/s/ H. Bruce Bronson
H. Bruce Bronson, Esq.
Counsel to the Debtor
480 Mamaroneck Ave.
Harrison, NY 10528
hbbronson@bronsonlaw.net