UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: Keith Guerzon | CASE NO: 14-22171 |
|---|---|
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 5/18/2016, I did cause a copy of the following documents, described below,

NOTICE OF HEARING ON DISCLOSURE STATEMENT,

APPLICATION IN SUPPORT OF AN ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT PURUSANT TO SECTION 1125 OF THE BANKRUPTCY CODE TOGETHER WITH RELATED RELIEF

Exhibit A-Proposed Order to Approve Disclosure Statement and Set Schedule

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 5/18/2016

/s/ H. Bruce Bronson
H. Bruce Bronson  NY1679380
Bronson Law Offices P.C. 480
Mamaroneck Avenue Harrison,
NY  10528 914 269 2530
corgill@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Keith Guerzon

CASE NO: 14-22171

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 5/18/2016, a copy of the following documents, described below,

NOTICE OF HEARING ON DISCLOSURE STATEMENT,

APPLICATION IN SUPPORT OF AN ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT PURUSANT TO SECTION 1125 OF THE BANKRUPTCY CODE TOGETHER WITH RELATED RELIEF

Exhibit  A-Proposed Order to Approve Disclosure Statement and Set Schedule

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/18/2016

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bronson Law Offices P.C.
H. Bruce Bronson
480 Mamaroneck Avenue
Harrison, NY  10528

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*                              *EXCLUDE*

LABEL MATRIX FOR LOCAL NOTICING          ~~WHITE PLAINS DIVISION~~          ARS NATIONAL SERVICES INC.
0208-7                                   ~~300 QUARROPAS STREET~~           PO BOX 463023
CASE 14-22171-RDD                        ~~WHITE PLAINS NY 10601-4140~~     ESCONDIDO CA 92046-3023
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS
FRI JUL 15 17-17-56 EDT 2016


AACBNA                                   AMERICAN EXPRESS CENTURION BANK   AMERICAN EXPRESS*
PO BOX 6497                              C O BECKET AND LEE LLP            PO BOX 3001
SIOUX FALLS SD 57117-6497                POB 3001                         16 GENERAL WARREN BLVD
                                         MALVERN PA 19355-0701            MALVERN PA 19355-1245


AMEX                                     APPLIED BANK                     APPLIED CARD BANK*
PO BOX 297871                            PO BOX 15809                     ATTENTION- BANKRUPTCY
FORT LAUDERDALE FL 33329-7871            WILMINGTON DE 19850-5809         PO BOX 17125
                                                                          WILMINGTON DE 19850-7125


BANK OF AMERICA                          BARCLAYS BANK DELAWARE           BARCLAYS BANK DELAWARE*
PO BOX 982238                            P.O. BOX 8803                    ATTN- BANKRUPTCY
EL PASO TX 79998-2238                    WILMINGTON DE 19899-8803         P.O. BOX 8801
                                                                          WILMINGTON DE 19899-8801


BRONSON LAW OFFICES PC                   CERASTES LLC                     CAP ONE
480 MAMARONECK AVE                       C O WEINSTEINPINSON AND RILEY PS POB 30281
HARRISON NY 10528-1621                   2001 WESTERN AVENUE STE 400      SALT LAKE CITY UT 84130-0281
                                         SEATTLE WA 98121-3132


CAPITAL 1 BANK*                          CAPITAL ONE BANK (USA) N.A.      CHASE
ATTN- BANKRUPTCY DEPT.                   PO BOX 71083                     PO BOX 15298
PO BOX 30285                             CHARLOTTE NC 28272-1083          WILMINGTON DE 19850-5298
SALT LAKE CITY UT 84130-0285


CHASE*                                   CTBKGARDNERHSBC*                 DELL FINANCIAL SERVICES
ATTN- BANKRUPTCY DEPT                    HSBC RETAIL SERVICESATTN- BANKRUPTCY  P O BOX 81577
PO BOX 15298                             DE                               AUSTIN TX 78708-1577
WILMINGTON DE 19850-5298                 PO BOX 5213
                                         CAROL STREAM IL 60197-5213


DENISE MONDELL ASST ATTY GEN             DEPARTMENT OF THE TREASURY       DEPT OF EDSALLIE MAE
OFFICE OF THE ATTORNEY GENERAL           INTERNAL REVENUE SERVICE         11100 USA PKWY
PO BOX 120                               PO BOX 7346                      FISHERS IN 46037-9203
HARTFORD CT 06141-0120                   PHILADELPHIA PA 19101-7346


EVETTE GUERZON                           FIRST PREMIER BANK               FIRST SOURCE ADVANTAGE LLC
18 BAYBERRY ROAD                         3820 N LOUISE AVE                205 BRYANT WOODS SOUTH
ELMSFORD NY 10523-1713                   SIOUX FALLS SD 57107-0145        AMHERST NY 14228-3609

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

HSBC BANK USA NATL ASSOC AS TRUSTEE
WELLS FARGO HOME MORTGAGE
ATTENTION- BANKRUPTCY DEPARTMENT
MAC #D3347-014
3476 STATEVIEW BLVD.
FORT MILL SC 29715-7203

HUDSON VALLEY FEDERAL
159 BARNEGATE ROAD
POUGHKEEPSIE NY 12601-5454

HUDSON VALLEY FEDERAL CREDIT UNION
159 BARNEGAT ROAD
POUGHKEEPSIE NY 12601-5454

JOHN P. FRYE P.C.
PO BOX 13665
ROANOKE VA 24036-3665

MRS ASSOCIATES
1930 OLNEY AVE.
CHERRY HILL NJ 08003-2016

NCO FINANCIAL SYSTEMS
PO BOX 15372
WILMINGTON DE 19850-5372

NAVIENT SOLUTIONS INC.
DEPARTMENT OF EDUCATION LOAN SERVICES
PO BOX 9635
WILKES-BARRE PA. 18773-9635

NAVIENT SOLUTIONS INC.
ON BEHALF OF THE DEPARTMENT OF
EDUCATION
DEPARTMENT OF LOAN SERVICES
P.O. BOX 9635
WILKES-BARRE PA 18773-9635

ORCHARD BANK
HSBC CARD SERVICES
PO BOX 71104
CHARLOTTE NC 28272-1104

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PREMIER BANKCARDCHARTER
P.O. BOX 2208
VACAVILLE CA 95696-8208

PROFESSIONAL RECOVERY SERVICES INC.
PO BOX 1880
VOORHEES NJ 08043-7880

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

SECOND ROUND LP
PO BOX 41955
AUSTIN TX 78704-0033

SECOND ROUND LIMITED PARTNERSHIP
AKA THIRD ROUND L.P.
CO STEVEN EINSTEIN & ASSOCIATES P.C.
20 VESEY STREET SUITE 1406
NEW YORK NY 10007-4217

SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

STATE OF CONNECTICUT
DEPARTMENT OF REVENUE SERVICES
25 SIGOURNEY STREET
HARTFORD CT 06106-5032

STATE OF CONNECTICUT
DEPARTMENT OF REVENUE SERVICES
C&E DIVISION BANKRUPTCY UNIT
25 SIGOURNEY STREET
HARTFORD CT 06106-5032

STEPHEN EINSTEIN
20 VESEY STREET SUITE 1406
NEW YORK NY 10007-4217

TOWN OF GREENBURGH
CONSOLIDATED-WATER DISTRICT
PO BOX 205
ELMSFORD NY 10523-0205

UNITED RECOVERY SYSTEMS
PO BOX 722929
HOUSTON TX 77272-2929

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET ROOM 1006
NEW YORK NY 10014-9449

US DEPT OF EDUCATION**
ATTN- BANKRUPTCY
PO BOX 16448
SAINT PAUL MN 55116-0448

WELLS FARGO BANK NV NA
P O BOX 31557
BILLINGS MT 59107-1557

WELLS FARGO BANK NV NA*
ATTN- DEPOSITS BANKRUPTCY MAC# P610
PO BOX 3908
PORTLAND OR 97208-3908

WELLS FARGO BANK N.A.
GROSS POLOWY ORLANS LLC
25 NORTHPOINTE PARKWAY SUITE 25
AMHERST NY 14228-1891

WELLS FARGO BANK NA
1 HOME CAMPUS MAC X2303-01A
DES MOINES IA 50328-0001

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS
SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

WELLS FARGO HOME MORTGAGE
ATTENTION- PAYMENT PROCESSING
1 HOME CAMPUS
MAC ID#X23024-04C
DES MOINES IA 50328-0001

H. BRUCE BRONSON JR.
BRONSON LAW OFFICES P.C.
480 MAMARONECK AVENUE
HARRISON NY 10528-1621

*DEBTOR*

KEITH GUERZON
18 BAYBERRY ROAD
ELMSFORD NY 10523-1713