UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

KEITH GUERZON                                     Case Number: 14-22171 (RDD)

                         Debtor.                 Chapter 11

-------------------------------------------------------------x

## ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT, FIXING PROCEDURES AND TIME FOR FILING ACCEPTANCES AND REJECTIONS TO THE PLAN, FIXING TIME FOR CONFIRMATION HEARING AND GRANTING RELATED RELIEF

Upon the Debtor's Motion for Entry of an Order Approving the Disclosure Statement, together with Related Relief (the "Motion"), seeking approval under 11 U.S.C. § 1125 of a disclosure statement for a chapter 11 plan for the debtor herein, Keith Guerzon (the "Debtor"); and, after due and sufficient notice of the Motion, as evidenced by the affidavit of service filed with this Court [Dkt. No.65], there being no objections to the Motion or the adequacy of the Debtor's proposed disclosure statement; and upon the record of the hearing held by the Court on the Motion on July 19, 2016 (the "Hearing"), at which the Court raised certain comments and questions regarding the disclosure statement and proposed plan; and the Debtor having filed an Amended Plan of Reorganization, dated September 12, 2016 (the "Plan"), and an Amended Disclosure Statement, dated September 12, 2016 for the Plan (the "Disclosure Statement); and the Court having found that the Disclosure Statement addresses the Court's questions and comments and contains adequate information for purposes of 11 U.S.C. § 1125 and, therefore, that the Debtor is entitled to solicit acceptances of the Plan; and good and sufficient cause appearing, it is hereby

**ORDERED,** that the Motion is granted as set forth herein; and it is further

1

**ORDERED,** that the Disclosure Statement is approved as containing adequate information within the meaning of 11 U.S.C. § 1125; and it is further

**ORDERED,** that the Debtor is directed to transmit, by regular mail on or before September 23, 2016, a copy of the Disclosure Statement and the Plan to all of the Debtor's creditors, along with a ballot conforming to Official Form 314 (a "Ballot") to all creditors entitled to vote to accept or reject the Plan; and it is further

**ORDERED**, that objections, if any, to confirmation of the Plan must conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules of the Southern District of New York and state with particularity the basis for the objection or relief requested (as applicable) and be filed with the Bankruptcy Court in accordance with General Order #462 by users of the Bankruptcy Court's case filing system and, by all other parties, on a 3.5 inch disk, and served in accordance with Administrative Order #476 upon (a) Bronson Law Offices, P.C., attorneys for the Debtor, 480 Mamaroneck Ave., Harrison, NY 10528, and (b) the Office of the United States Trustee, 201 Varrick Street, Suite 10006, New York, NY 10004, with a copy to the Court's chambers, **so as to be received no later than** 5:00 p.m. on October 21, 2016; and it is further

**ORDERED**, that, to be counted a Ballot must be completed as set forth in the instructions on the Ballot, signed and returned to the address set forth in the Ballot **so as to be received no later than** October 21, 2016; and it is further

**ORDERED**, that the hearing to consider confirmation of the Plan, and any objections thereto, shall be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at

the United States Courthouse, 300 Quarropas Street, White Plains, NY on October 26, 2016 at

10:00 a.m. or such later date and time as the Court may direct.

Dated: White Plains, New York
September 13, 2016

    _/s/Robert D. Drain___
Hon. Robert D. Drain,
U.S. Bankruptcy Judge